## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DWAYNE LEON SHEPHERD, JR.**, | **CIVIL ACTION** |
| Plaintiff, | |
| *v.* | **NO. 25-6328-KSM** |
| **JUDGE REGINA ARMITAGE**, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 17th day of February, 2026, upon consideration of Defendants the Honorable Regina Armitage and Clerk of Courts Eileen Harnett Albillar's Motions to Dismiss (Doc. Nos. 10–11), it is **ORDERED** that Judge Armitage's motion (Doc. No. 11) is **GRANTED** and Clerk Albillar's motion (Doc. No. 10) is **DENIED as MOOT**.

For the reasons stated in the Court's accompanying memorandum, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** against both Defendant Judge Regina Armitage and Defendant Clerk of Court Eileen Harnett Albillar.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.